IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Debra Gragston, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:14cv986 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Coca-Cola Refreshments, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 27, 2015 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 13, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to compel arbitration and to dismiss the case (Doc. 9) is GRANTED.

IT IS SO ORDERED.


   s/Susan J. Dlott           
Judge Susan J. Dlott
United States District Court